## RENA BECK v. STATE.

No. A-1931.   Opinion Filed June 14, 1913.

(132 Pac. 929.)

**CASE FOLLOWED.**   Edmons v. State, ante, 132 Pac. 923, followed and approved.

(Syllabus by the Court.)

*Appeal from Superior Court, Pottawatomie County;*
*G. C. Abernathy, Judge.*

Rena Beck was convicted of pandering, and she appeals. Affirmed.

*W. M. Taylor* and *Baldwin & Carlton,* for appellant.
*C. J. Davenport,* Asst. Atty. Gen., for the State.

FURMAN, J.   This is a companion case with the appeal of *W. R. Edmons v. State,* 132 Pac. 923, which has just been decided by this court, and in which a complete statement of the evidence given on that trial is set forth.   There is no necessity for repeating this, for the evidence is stronger for the state in this case than it was in the Edmons case.

Upon the authority of the Edmons case the judgment against appellant is in all things affirmed.

ARMSTRONG, P. J., and DOYLE, J., concur.